AUGUST 31, 1942

**No. 47523.**——Protests 80927–K, etc., of American Merchandise Co., Inc. Plaintiff's application for rehearing granted.

BEFORE THE SECOND DIVISION, SEPTEMBER 2, 1942

**No. 47524.**—Protests 880098–G, etc., of Abraham & Straus, Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47525.**—Protest 73926–K/12505 of Geo. Borgfeldt Corp. (New Orleans).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the manger sets in question are similar to those the subject of Abstract 45502 the protest was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 2, 1942

**No. 47526.**—Protest 822791–G of W. F. Daly & Son (Galveston).

Opinion by KEEFE, J. At the trial plaintiffs' witness testified that the merchandise in question is bought and sold by them upon the basis of 800 pounds to the bale whether it weighed more or less than such amount, and that that was the practice in the cotton industry. It was admitted, however, that the plaintiffs did not weigh any of the bales imported herein. From an examination of the invoice and entry papers nothing was found to show that the customs officials performed their duties otherwise than in accordance with law nor was anything found to indicate that an excessive moisture existed or that a claim for allowance upon such ground was filed with the collector. The evidence presented failed to disclose anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled. *United States* v. *Ingram* (17 C. C. P. A. 228, T. D. 43668), *Perkins, Goodwin & Co.* v. *United States* (160 Fed. 272), and *Frame* v. *United States* (G. A. 8888, T. D. 40476) cited.